**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KIGAN INDUSTRY CO. LTD.,

Plaintiff,

vs.

JEFF TSENG, JIANWEI LI, VINCENT BORGES, EUGENE ESTABROOK, and SUHUA QIN,

Defendants.

Case No. 2:25-cv-03792-CAS-MBKx

**ORDER DENYING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO AMEND**

The Court has considered Plaintiff's Request for Leave to Amend, submitted with its Opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, and **GRANTS** Plaintiff leave to file its Second Amended Complaint. Plaintiff's Second Amended Complaint is deemed filed and shall be the operative pleading in this action.

Accordingly, the Court **DENIES** as moot Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated: September 25, 2025

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE